**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **STATE FARM FIRE AND CASUALTY COMPANY,** | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 2:19-cv-68-TFM-B ) |
| **JIMMIE HARDY, as Personal Representative of the Estate of Theoore Hardy, deceased, et al.** | ) ) ) ) |
| Defendants. | ) ) |

## JUDGMENT

In accordance with the Memorandum Opinion and Order (Doc. 33) that was entered on February 6, 2020, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE**.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a final judgment pursuant to Fed. R. Civ. P. 58. This case is hereby closed.

**DONE** and **ORDERED** this the 7th day of February 2020.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE